United States District Court
Southern District of Texas
**ENTERED**
April 05, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| TACONMADRE TAQUERIAS, INC., § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 5:16-CV-00071 |
| § | |
| TACO N MADRE, INC., § | |
| § | |
| Defendant. § | |

## ORDER

On April 5, 2017, the Parties notified the Court that they had reached a settlement in this matter. (Dkt. No. 31). The Parties have **sixty days** to finalize their Settlement Agreement and submit a Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), or file an Advisory explaining why settlement was not finalized. The Court appreciates the Parties' prompt notification of settlement.

IT IS SO ORDERED.

SIGNED this 5th day of April, 2017.

_____
DIANA SONG QUIROGA
United States Magistrate Judge

1